AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>LARICO NELSON<br><br>Defendant(s) | )<br>)<br>)  Case No. 2:19-cr-20243-MSN/tmp<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2019__ in the county of __Shelby__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 751(a) | Escape from custody of an institution or officer |

This criminal complaint is based on these facts:
See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Deputy U.S. Marshal Trayon Murray
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 5, 2019

_____
Judge's signature

City and state: Memphis, TN

Hon. Tu M. Pham, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## FILED UNDER SEAL

1. The following affidavit is made in support of a criminal complaint and physical arrest of LARICO NELSON for a violation of 18 U.S.C. §751(a), Escape from Custody of Institution. The information contained in this affidavit is based upon information obtained by the Affiant as well as information provided by other law enforcement officers. The information in this affidavit is provided to establish probable cause and does not contain every fact established during this investigation.

2. The following investigation was conducted by Deputy United States Marshal (DUSM) Trayon Murray on May 30, 2019, at Memphis, Tennessee.

3. On June 11, 2015, Nelson was sentenced to 47 months to serve in the Federal Bureau of Prisons (BOP), followed by 3 years of supervised release. The 47-month sentence included 10 months of jail credit he had received for time served on a state sentence.

4. As of May 30, 2019, Nelson was serving the remainder of his term of imprisonment at Diersen Charities Halfway House (Diersen), where he was lawfully confined by the BOP by virtue of the Judgment in criminal case 14-cr-20321, signed by United States District Judge John T. Fowlkes, Jr., and filed in said case in the United States District Court for the Western District of Tennessee, on June 11, 2015. Diersen is located at 1629 Winchester Rd., Memphis, Tennessee, in the Western District of Tennessee.

5. On May 30, 2019, Nelson left Diersen through a back door. He had no approved movements and had a pending transfer to West Tennessee Detention Center. Nelson was

2

placed on escape status, and his current whereabouts are unknown. On May 30, 2019, Diersen Director James Williams notified the Bureau of Prisons. The U.S. Marshals Service was notified on the same date.

6.   On August 26, 2019, Hon. Diane K. Vescovo, Chief Magistrate Judge for the Western District of Tennessee, signed a search warrant seeking prospective cell site location information for Nelson's mobile phone, as well as a search warrant for the use of a cell site simulator for Nelson's phone. On August 27, 2019, the U.S. Marshals Service executed both warrants.

7.   On August 27, 2019, a reliable Confidential Source (CS) spoke with an U.S. Marshals Service (USMS) Task Force Officer and stated that the CS has recently communicated with Nelson numerous times with Nelson using the phone number (504) 377-2240. The CS and Nelson also communicated with each other on August 27, 2019 using the previous mentioned phone number.

8.   On September 3, 2019, DUSM Murray started receiving GPS coordinates precision location pings "hits" on Nelson's mobile phone, (504) 377-2240. The GPS pings are consistently showing fugitive Nelson's mobile phone being used in the area of Houston, Texas.

9.   Based on the foregoing evidence the affiant asserts that probable cause exists that Nelson has escaped from the custody of the Bureau of Prisons, in violation of 18 U.S.C. § 751(a).

*[signature]*
Trayon Murray, Affiant
DUSM
Memphis, Tennessee

3

Sworn to and subscribed before me, this \_\_\_\_5\_\_\_\_ day of \_\_September\_\_, 2019.

*[signature]*
HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev 01/09) Arrest Warrant

UNITED STATES MARSHALS
WESTERN TENNESSEE

# UNITED STATES DISTRICT COURT
2019 SEP 5 PM 2:19

for the

Western District of Tennessee

| United States of America | ) |
| v. | ) |
|  | ) Case No. 2:19-cr-20243-MSN/tmp |
| LARICO NELSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LARICO NELSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 751(a) - Escape from custody of an institution or officer

Date: 09/05/2019

*Issuing officer's signature*

TU M. Phan, U.S. Magistrate Judge
~~THOMAS M. GOULD, CLERK U.S. DISTRICT COURT~~

*Printed name and title*

City and state: Memphis, TN 38103

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    LARICO NELSON

Known aliases:    Rico Fa Sho, Larico Johnson

Last known residence:    4313 Cleopatra Cove S., Memphis, TN 38128

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:    03/02/1985

Social Security number:    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

Height:    5' 7"      Weight:

Sex:    Male      Race:    Black

Hair:    Black      Eyes:    Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:    421927JC6

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: